1  C. P. Bartholomew (State Bar No. 211425)
   **FINKELSTEIN THOMPSON LLP**
2  601 Montgomery St, Suite 665
   San Francisco, CA 94111
3  Telephone: (415) 398-8700
   Facsimile: (415) 398-8704
4  cbartholomew@finkelsteinthompson.com

5  Counsel for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIZ HATAMI, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELIK, INC., MICHAEL M. WICK, and CYNTHIA M. BUTITTA, <br><br> Defendants | ) <br> ) CERTIFICATION OF MARK <br> ) PUNZALAN PURSUANT TO LOCAL <br> ) RULE 3-7(d) <br> ) <br> ) <br> ) <br> ) <br> ) |

C 07 3454  MJJ

I, Mark Punzalan, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California. I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995). I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of July, 2007 in San Francisco, California.

_/s/ Mark Punzalan_
Mark Punzalan

1
CERTIFICATION OF LOCAL RULE 3-7(d)