C. P. Bartholomew (State Bar No. 211425)
**FINKELSTEIN THOMPSON LLP**
601 Montgomery St, Suite 665
San Francisco, CA 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
cbartholomew@finkelsteinthompson.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIZ HATAMI, On Behalf of Himself and All Others Similarly Situated,<br>Plaintiff,<br>vs.<br>TELIK, INC., MICHAEL M. WICK, and CYNTHIA M. BUTITTA,<br>Defendants | CERTIFICATION OF CHRISTINE PEDIGO BARTHOLOMEW PURSUANT TO LOCAL RULE 3-7(d) |

C 07 3454

I, Christine Pedigo Bartholomew, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California. I am seeking to serve as class counsel in this action, which is governed by the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995). I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of July, 2007 in Buffalo, New York.

_Christine Pedigo Bartholomew_
Christine Pedigo Bartholomew

1
CERTIFICATION OF CPB PURSUANT TO LOCAL RULE 3-7(d)