C.P. Bartholomew (State Bar No. 211425)
**FINKELSTEIN THOMPSON LLP**
601 Montgomery Street, Suite 665
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

[Additional Counsel Listed on Signature Page]

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIZ HATAMI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELIK, INC., MICHAEL M. WICK, and CYNTHIA M. BUTITTA<br><br>Defendants. | **NOTICE OF RELATED ACTION**<br><br>CLASS ACTION |

PLEASE TAKE NOTICE THAT:

Pursuant to Civil Local Rule 3-12, Plaintiff Parviz Hatami gives notice that the above-captioned matter appears to be related to *Feuer v. Telik, Inc., et al.*, 3:07-cv-02986-WHA, presently pending in this Court. The two actions: (1) involve the same Defendants; (2) arise from the same or closely related transactions, happenings, or events; (3) call for determination of the same or substantially related or similar questions of law and fact; and (4) for other reasons would entail substantial duplication of labor if heard by different judges. Further, due to the substantial overlap of factual and legal issues, assignment of these matters to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Both this action and the *Feuer* action stem from Defendants' false and misleading

statements and omissions regarding the clinical trials of the cancer drug TELCYTA, made between March 27, 2003 and June 4, 2007, that resulted in the artificial inflation of the price of Telik stock. Based on these same events, Plaintiff asserts causes of action for violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934.

Accordingly, Plaintiff Parviz Hatami respectfully requests this action be related to 3:07-cv-02986-WHA.

DATED: July 2, 2007

Respectfully submitted,

FINKELSTEIN THOMPSON LLP

*Christine Pedigo Bartholomew //AMR//*

CHRISTINE PEDIGO BARTHOLOMEW

601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: 415.398.8700
Facsimile: 415.398.8704

- and -

Donald J. Enright
Elizabeth K. Tripodi
FINKELSTEIN THOMPSON LLP
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000
Facsimile: 202.337.8090

NOTICE OF RELATED ACTION