1    JORDAN ETH (CA SBN 121617)
     *JEth@mofo.com*
2    MORRISON & FOERSTER LLP
     425 Market Street
3    San Francisco, California 94105
     Telephone:  (415) 268-7000
4    Facsimile:   (415) 268-7522

5    ERIK J. OLSON (CA SBN 175815)
     *EJOlson@mofo.com*
6    OLGA A. TKACHENKO (CA SBN 228645)
     *OTkachenko@mofo.com*
7    MORRISON & FOERSTER LLP
     755 Page Mill Road
8    Palo Alto, California  94304
     Telephone:  (650) 813-5600
9    Facsimile:   (650) 494-0792

10   Attorneys for defendants
     TELIK, INC., MICHAEL M. WICK, and
11   CYNTHIA M. BUTITTA

12                        **UNITED STATES DISTRICT COURT**

13                       **NORTHERN DISTRICT OF CALIFORNIA**

14

15   PARVIS HATAMI, on behalf of himself and all        Case No.    C 07-3454 WHA
16   others similarly situated,
                                                         **CERTIFICATION OF**
17                           Plaintiff,                  **INTERESTED ENTITIES OR**
                                                         **PERSONS**
18            v.

19   TELIK, INC., MICHAEL M. WICK, and
     CYNTHIA M. BUTITTA,
20
                             Defendants.
21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Black Bear Offshore Master Fund L.P.
- Icahn Management L.P.
- Delaware Management Business Trust
- Barclays Global Investors UK Holdings Ltd.
- William Blair & Company, L.L.C.
- The Vanguard Group, Inc.
- Eastbourne Capital Management L.L.C.
- S.A.C. Capital Advisors, L.L.C.
- Nikos Hecht
- Oppenheimer Funds, Inc.
- Pergamon Offshore Advisors, L.P.
- William Blair Mutual Funds, Inc. – Small Cap Growth Fund
- Delaware Group Equity FDS III – Trend Fund
- Oppenheimer Global Opportunities Fund
- Delaware VIP Trend Series
- UBS Securities L.L.C.
- Lehman Brothers Holdings Inc.
- Bear, Stearns & Co., Inc.
- Needham & Company, Inc.
- Lazard Frères & Co. L.L.C.
- Fortis Securities Inc.
- J.P. Morgan Securities Inc.

1

- Great American Insurance Group

2

- Westchester Fire Insurance Co.

3

- Old Republic Insurance Co.

4

Dated:  July 24, 2007                                JORDAN ETH

5                                                                        ERIK J. OLSON
                                                                         OLGA A. TKACHENKO

6                                                                        MORRISON & FOERSTER LLP

7

8                                                       By:   /s/ Erik J. Olson
                                                                    Erik J. Olson

9                                                              Attorneys for Defendants
                                                               TELIK, INC., MICHAEL M. WICK,

10                                                             and CYNTHIA M. BUTITTA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28