JORDAN ETH (CA SBN 121617)
*JEth@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ERIK J. OLSON (CA SBN 175815)
*EJOlson@mofo.com*
OLGA A. TKACHENKO (CA SBN 228645)
*OTkachenko@mofo.com*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for defendants
TELIK, INC., MICHAEL M. WICK, and
CYNTHIA M. BUTITTA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PARVIS HATAMI, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>TELIK, INC., MICHAEL M. WICK, and CYNTHIA M. BUTITTA,<br><br>                    Defendants. | Case No.   C 07-3454 WHA<br><br>**NOTICE OF RELATED CASES PENDING IN THIS AND ANOTHER JURISDICTION** |

NOTICE OF RELATED CASES
C 07-3454 WHA
pa-1182581

1   Defendants Telik, Inc., Michael M. Wick, and Cynthia M. Butitta give notice that this
2   action is related to the following action pending in this Court: *Feuer v. Telik, Inc. et al.*, C 07-
3   2986 WHA, and to the following two actions pending the Southern District of New York: *May v.*
4   *Telik, Inc. et al.*, C 07-4819 CM and *Hennessy v. Telik, Inc. et al.*, C 07-5707 CM.

Dated:  July 24, 2007                    JORDAN ETH
                                         ERIK J. OLSON
                                         OLGA A. TKACHENKO
                                         MORRISON & FOERSTER LLP


                                         By:   /s/ Erik J. Olson
                                               Erik J. Olson

                                               Attorneys for Defendants
                                               TELIK, INC., MICHAEL M. WICK,
                                               and CYNTHIA M. BUTITTA

NOTICE OF RELATED CASES
C 07-3454 WHA
pa-1182581