IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FEUER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>TELIK, INC., Michael M. Wick, M.D., and CYNTHIA BUTITTA,<br><br>    Defendants.<br>_____/<br>AND RELATED ACTIONS.<br>_____/ | No. C 07-02986 WHA<br><br>**ORDER (1) SCHEDULING HEARING ON MOTIONS TO APPOINT LEAD PLAINTIFF, (2) REQUESTING INFORMATION FROM LEAD PLAINTIFF CANDIDATES, AND (3) SETTING BRIEFING SCHEDULE** |

    All motions to appoint a lead plaintiff shall be heard on **SEPTEMBER 13, 2007**, at **2:00 P.M.** in Courtroom No. 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. As opposed to "group" candidates, the Court wishes to evaluate the qualifications of single investors, either institutional investors or individuals, to serve as lead plaintiff. *See In re Network Assocs., Inc., Sec. Litig.*, 76 F. Supp. 2d 1017, 1019–27 (N.D. Cal. 1999) (Alsup, J.). The Court is particularly interested in considering single investors with large losses and in evaluating their experience in managing litigation. Any "group" of movants must narrow its candidates to one or two single investors and file answers to the appended questionnaire by **AUGUST 23, 2007**, including the certification called for therein. Each candidate must attend the hearing on September 13, 2007, and be prepared to answer questions.

All motions to appoint lead plaintiff must be timely filed under 15 U.S.C. 78u-4(a)(3) and must be supplemented by the appended questionnaire and certification. All opposition briefs shall be filed and served by **SEPTEMBER 4, 2007**. Any opposition briefs shall be filed and served by **SEPTEMBER 7, 2007**, and shall not exceed ten pages. Each party shall submit only one opposition brief, responding to all other pending motions, and only one reply brief. All questionnaires and other submissions shall be served both electronically and by mail on all counsel named on the service list for all of the related actions.

If any movant has already filed a timely notice for appointment before receiving this order, then the movant must file and serve a supplement to its submission in accordance with this order by **AUGUST 23, 2007**.

Applications for class counsel shall be deferred until the lead plaintiff has been appointed.

**IT IS SO ORDERED.**

Dated: July 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2