**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL FEUER, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

TELIK, INC., Michael M. Wick, M.D., and CYNTHIA BUTITTA,

    Defendants.
_____/
AND RELATED ACTIONS.
_____/

No. C 07-02986 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS TO APPOINT LEAD PLAINTIFF**

    The case management conference and hearing on motions to appoint a lead plaintiff are continued to **SEPTEMBER 20, 2007,** at **2:00 P.M.**

    **IT IS SO ORDERED.**

Dated: July 31, 2007.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE