1  C.P. Bartholomew (State Bar No. 211425)
   Mark Punzalan (State Bar No. 247599)
2  **FINKELSTEIN THOMPSON LLP**
   601 Montgomery Street, Suite 665
3  San Francisco, California 94111
   Telephone: (415) 398-8700
4  Facsimile: (415) 398-8704

5  [Additional Counsel Listed on Signature Page]

6  Attorneys for Plaintiff

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
   PARVIZ HATAMI, individually and on    )
11 behalf of all others similarly situated, ) No. C07-03454-WHA
                                           )
12         Plaintiff,                      )
                                           ) **NOTICE OF VOLUNTARY DISMISSAL**
13    vs.                                  ) **WITHOUT PREJUDICE**
                                           )
14                                         )
   TELIK, INC., MICHAEL M. WICK, and       )
15 CYNTHIA M. BUTITTA                      ) CLASS ACTION
                                           )
16                                         )
           Defendants.                     )
17 _____ )

18
        PLEASE TAKE NOTICE, that pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Parviz
19
   Hatami, by and through counsel, hereby voluntarily dismisses the above-captioned Complaint,
20
   without prejudice. Fed. R. Civ. P. 41(a)(1)(i) provides that an "action may be dismissed by
21
   the plaintiff without order of court (i) by filing a notice of dismissal at any time before service
22
   by the adverse party of an answer or of a motion for summary judgment…" Defendants in
23
   this case have not yet filed an answer nor have they filed a motion for summary judgment.
24
        Plaintiff's voluntary dismissal of this Complaint will have no effect upon his rights or
25
   the rights of the proposed class, including but not limited to the right to share in any recovery
26
   from the resolution of the related actions through settlement, judgment or otherwise.
27

28
                                              1
              NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

DATED: August 2, 2007

Respectfully submitted,

FINKELSTEIN THOMPSON LLP

*Christine Pedigo Bartholomew /MP*

CHRISTINE PEDIGO BARTHOLOMEW

Mark Punzalan
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Telephone: 415.398.8700
Facsimile: 415.398.8704

- and -

Donald J. Enright
Elizabeth K. Tripodi
FINKELSTEIN THOMPSON LLP
1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202.337.8000
Facsimile: 202.337.8090

-2-

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE