SCHUBERT & REED LLP
Juden Justice Reed S.B.N. 153748
jreed@schubert-reed.com
Three Embarcadero Center, Ste. 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Fax: (415) 788-0161

Brower Piven, A Professional Corporation
Charles J. Piven
Marshall N. Perkins
World Trade Center Baltimore
401 East Pratt Street
Baltimore, MD 21202
Telephone: (410) 332-0030

**Proposed Liaison Counsel for Proposed Lead Plaintiffs and the Class**

**Proposed Lead Counsel for Proposed Lead Plaintiffs and the Class**

Brower Piven, A Professional Corporation
David A.P. Brower
488 Madison Ave., 8th Fl.
New York, NY 10022
Telephone: (212) 501-9000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL FEUER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA
Defendants.

**No. 07-cv-2986 (WHA)**

**NOTICE OF MOTION OF THE MEHAN GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

**Date: September 20, 2007**
**Time: 2:00 p.m.**
**Place: Courtroom 9, 19th Floor**

**Hon. William H. Alsup**

PARVIS HATAMI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA
Defendants.

**No. 07-cv-3454 (MJJ)**

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2

3        **PLEASE TAKE NOTICE** that movants Ramesh K. Mehan, RML Limited, Ramesh K.

4    Mehan Irrevocable Children's Trust, Joel K. Mehan Irrevocable Trust, Sheila G. Mehan Irrevocable

5    Trust, Renee Mehan Family Trust, Neal D. Mehan Irrevocable Trust, Rahul D. Mehan and Ramesh

6    K. Mehan Family Trust, (the "Mehan Group") will hereby move this Court on a date and at such

7    time as may be designated by the Court for an Order: (1) consolidating the above-captioned actions;

8    (ii) appointing the Mehan Group as Lead Plaintiffs pursuant to the Private Securities Litigation

9    Reform Act of 1995 (the "PSLRA"); and (iii) approving the Mehan Group's selection of Brower

10   Piven, A Professional Corporation ("Brower Piven") as Lead Counsel and Schubert & Reed, LLP as

11   Liaison Counsel.  In support of this Motion, the Mehan Group submits herewith a Memorandum of

12   Law, a Declaration, and a [Proposed] Order.

13   Dated: August 6, 2007

                                            Respectfully submitted,

15                                          **SCHUBERT & REED, LLP**

16

17                                          By: /s/ Juden Justice Reed

18                                              Juden Justice Reed

19

20                                          Three Embarcadero Center
                                            Suite 1650
21                                          San Francisco, CA 94111
                                            Telephone: (415) 788-4120
22                                          Facsimile: (415) 788-0161

23                                          *Proposed Liaison Counsel for the Mehan*
24                                          *Group and the Class*

25

26                                          **BROWER PIVEN**
                                            A Professional Corporation
27                                          Charles J. Piven
                                            Marshall N. Perkins
28                                          World Trade Center-Baltimore
                                            401 East Pratt Street

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Suite 2525
Baltimore, Maryland 21202
Telephone: (410) 332-0030
Facsimile: (410) 685-1300

**BROWER PIVEN**
A Professional Corporation
David A.P. Brower
Elizabeth A. Schmid
488 Madison Avenue
New York, New York 10022
Telephone: (212) 501-9000
Facsimile: (212) 501-0300

*Proposed Lead Counsel for*
*the Mehan Group and the Class*