| | |
|---|---|
| SCHUBERT & REED LLP | Brower Piven, A Professional Corporation |
| Juden Justice Reed S.B.N. 153748 | Charles J. Piven |
| jreed@schubert-reed.com | Marshall N. Perkins |
| Three Embarcadero Center, Ste. 1650 | World Trade Center Baltimore |
| San Francisco, CA 94111 | 401 East Pratt Street |
| Telephone: (415) 788-4220 | Baltimore, MD 21202 |
| Fax: (415) 788-0161 | Telephone: (410) 332-0030 |
| **Proposed Liaison Counsel for Proposed Lead Plaintiffs and the Class** | **Proposed Lead Counsel for Proposed Lead Plaintiffs and the Class** |

Brower Piven, A Professional Corporation
David A.P. Brower
488 Madison Ave., 8th Fl.
New York, NY 10022
Telephone: (212) 501-9000

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FEUER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA<br><br>Defendants. | **No. 07-cv-2986 (WHA)**<br><br>**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF, APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**<br><br>**Hon. William H. Alsup** |
| PARVIS HATAMI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA<br><br>Defendants. | **No. 07-cv-3454 (MJJ)** |

Having considered the motion of Ramesh K. Mehan, RML Limited, Ramesh K. Mehan Irrevocable Children's Trust, Joel K. Mehan Irrevocable Trust, Sheila G. Mehan Irrevocable Trust, Renee Mehan Family Trust, Neal D. Mehan Irrevocable Trust, Rahul D. Mehan and Ramesh K. Mehan Family Trust, (the "Mehan Group"), to consolidate the actions, to be appointed Lead Plaintiffs and for approval of Lead Plaintiff's selection of Lead and Liaison Counsel, the memorandum of law in support thereof, the declaration of Juden Justice Reed, Esq. in support of that motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1. The motion is granted.

2. The above-captioned actions are consolidated for all purposes (the "Consolidated Action"). This Order (the "Order") shall apply to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Consolidated Action.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 07-cv-2986 (WHA). The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

4. An original of this Order shall be filed by the Clerk in the Master File.

5. The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

6. Every pleading in the Consolidated Action shall have the following caption:

IN RE TELIK, INC. SECURITIES    )    Civil Action No. 07-Civ-2986-WHA
LITIGATION                      )

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Page 2

7.     The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidation Action.

8.     When a cause that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

    a.     File a copy of this Order in the Separate file for such action;

    b.     Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed case; and

    c.     Make the appropriate entry in the Master Docket for the Consolidated Action.

9.     Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to the consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action. Class representative the Mehan Group is appointed to serve as lead plaintiff in the above-captioned consolidated action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

10.     The law firm Brower Piven, A Professional Corporation ("Brower Piven") is hereby approved as Lead Counsel and Schubert & Reed, LLP is approved as Liaison Counsel. Brower Piven shall provide general supervision of the activities of plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

    a.     To brief and argue motions;

    b.     To initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c.     To direct and coordinate the examination of witnesses in depositions;

      d.     To act as spokesperson at pretrial conferences;

      e.     To call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

      f.     To initiate and conduct any settlement negotiations with counsel for defendants;

      g.     To provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive efforts;

      h.     To consult with and employ experts;

      i.     To receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine in the time is being spent appropriately and for the benefit of plaintiffs, and to determine and distribute plaintiffs' attorney's fees, and;

      j.     To perform such other duties as may be expressly authorized by further order of this Court.

**IT IS SO ORDERED.**

DATED: _____          _____

                              United States District Judge

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220