| | |
|---|---|
| SCHUBERT & REED LLP | Brower Piven, A Professional Corporation |
| Juden Justice Reed S.B.N. 153748 | Charles J. Piven |
| jreed@schubert-reed.com | Marshall N. Perkins |
| Three Embarcadero Center, Ste. 1650 | World Trade Center Baltimore |
| San Francisco, CA 94111 | 401 East Pratt Street |
| Telephone: (415) 788-4220 | Baltimore, MD 21202 |
| Fax: (415) 788-0161 | Telephone: (410) 332-0030 |
| **Proposed Liaison Counsel for Proposed Lead Plaintiffs and the Class** | **Proposed Lead Counsel for Proposed Lead Plaintiffs and the Class** |

Brower Piven, A Professional Corporation
David A.P. Brower
488 Madison Ave., 8th Fl.
New York, NY 10022
Telephone: (212) 501-9000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FEUER, Individually and on Behalf of All Others Similarly Situated, | **No. 07-cv-2986 (WHA)** |
| | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| vs. | |
| | **Hon. William H. Alsup** |
| TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA | |
| Defendants. | |
| | |
| PARVIS HATAMI, Individually and on Behalf of All Others Similarly Situated, | **No. 07-cv-3454 (MJJ)** |
| Plaintiff, | |
| vs. | |
| | |
| TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA | |
| Defendants. | |

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Page 1

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am a permanent resident of the United States and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert & Reed LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached:

1. **NOTICE OF MOTION OF THE MEHAN GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF THE MEHAN GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**
3. **DECLARATION OF JUDEN JUSTICE REED IN SUPPORT OF MOTION OF THE MEHAN GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**
4. **[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF, APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD AND LIAISON COUNSEL**

on the person(s) listed below electronically through the ECF-PACER Electronic Document Filing System for the United States District Court, Northern District of California:

*Counsel for Plaintiff Daniel Feuer:*

Laurence M. Rosen
The Rosen Law Firm, P.A.
350 5th Avenue
Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Facsimile: (212)-202-3827

Lionel Z. Glancy
Glancy & Binkow LLP
1801 Avenue of The Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1

2  Michael M. Goldberg
   Glancy & Binkow LLP
3  1801 Avenue of the Stars, Suite 311
   Los Angeles, CA 90067
4  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
5

6  *Counsel for Plaintiff Parvis Hatami:*

7  Christine Pedigo Bartholomew
   Finkelstein Thompson & Loughran
8  601 Montgomery Street
   Suite 665
9  San Francisco, CA 94111
10 Telephone: (415) 398-8700
   Facsimile: (415) 398-8704
11

12 Donald J. Enright
   Finkelstein Thompson & Loughran
13 1050 30th Street NW
   Washington, DC 20007
14 Telephone: (202) 337-8000
15 Facsimile: (202) 337-8090

16
   Elizabeth K Tripodi
17 Attorney at Law
   1050 30th Street
18 Washington, DC 20007
   Telephone: (202) 337-8000
19 Facsimile: (202) 337-8090

20 *Counsel for Defendants:*
21
22 Erik J. Olson
   Morrison & Foerster LLP
23 755 Page Mill Road
   Palo Alto, CA 94304
24 Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
25

26
27 and on the person(s) listed below, by placing said copy enclosed in a sealed envelope with postage

28 thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as

   follows:

Page 3

*Counsel for Plaintiff Andrew R. May:*

Darren J. Robbins
Learch Coughlin Stoia Geller Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

David Avi Rosenfeld
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Ave.
Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Facsimile: (610) 660-8080

Mary K. Blasy
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

Samuel Howard Rudman
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
Telephone: (631) 367-7100
Facsimile: (631) 367-1173

*Counsel for Plaintiff Kevin Hennessy*

1  Evan J Smith
2  Brodsky & Smith, L.L.C.
   240 Mineola Blvd.
3  Mineola, NY 11501
   Telephone: (516) 741-4977
4  Facsimile: (516) 741-0626

5  Richard A. Maniskas
   Schiffrin & Barroway L.L.P.
6  280 King of Prussia Road
7  Radnor, PA 19087
   Telephone: (610) 667-7706
8  Facsimile: (610) 667-7056

9
10
11
12 Dated: August 6, 2007

                                            _____
                                            Arthur Keng
                                            SCHUBERT & REED, LLP
                                            Three Embarcadero Center
                                            Suite 1650
                                            San Francisco, CA 94111

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220