SCHUBERT & REED LLP
Juden Justice Reed S.B.N. 153748
jreed@schubert-reed.com
Three Embarcadero Center, Ste. 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Fax: (415) 788-0161

Brower Piven, A Professional Corporation
Charles J. Piven
Marshall N. Perkins
World Trade Center Baltimore
401 East Pratt Street
Baltimore, MD 21202
Telephone: (410) 332-0030

**Proposed Liaison Counsel for Proposed Lead Plaintiffs and the Class**

**Proposed Lead Counsel for Proposed Lead Plaintiffs and the Class**

Brower Piven, A Professional Corporation
David A.P. Brower
488 Madison Ave., 8th Fl.
New York, NY 10022
Telephone: (212) 501-9000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL FEUER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA
Defendants.

No. 07-cv-2986 (WHA)

**CERTIFICATE OF SERVICE**

**Hon. William H. Alsup**

PARVIS HATAMI, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

vs.

TELIK CORPORATION, MICHAEL M. WICK AND CYNTHIA M. BUTITTA
Defendants.

No. 07-cv-3454 (MJJ)

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am a permanent resident of the United States and am employed in the City and County of San Francisco, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Schubert & Reed LLP, Three Embarcadero Center, Suite 1650, San Francisco, California 94111; that on the date set out below, I served a true copy of the attached:

### NOTICE OF WITHDRAWAL OF MOTION OF THE MEHAN GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL

on the person(s) listed below electronically through the ECF-PACER Electronic Document Filing System for the United States District Court, Northern District of California:

*Counsel for Plaintiff Daniel Feuer:*

Laurence M. Rosen
The Rosen Law Firm, P.A.
350 5th Avenue
Suite 5508
New York, NY 10118
Telephone: (212) 686-1060
Facsimile: (212)-202-3827

Lionel Z. Glancy
Glancy & Binkow LLP
1801 Avenue of The Stars
Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Michael M. Goldberg
Glancy & Binkow LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Parvis Hatami:*

Christine Pedigo Bartholomew
Finkelstein Thompson & Loughran

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1 | 601 Montgomery Street
Suite 665
2 | San Francisco, CA 94111
Telephone: (415) 398-8700
3 | Facsimile: (415) 398-8704

4

5 | Donald J. Enright
Finkelstein Thompson & Loughran
6 | 1050 30th Street NW
Washington, DC 20007
7 | Telephone: (202) 337-8000
Facsimile: (202) 337-8090
8

9 | Elizabeth K Tripodi
Attorney at Law
10 | 1050 30th Street
Washington, DC 20007
11 | Telephone: (202) 337-8000
Facsimile: (202) 337-8090
12

13 | ***Counsel for Defendants:***

14

Erik J. Olson
15 | Morrison & Foerster LLP
755 Page Mill Road
16 | Palo Alto, CA 94304
Telephone: (650) 813-5600
17 | Facsimile: (650) 494-0792

18

19

and on the person(s) listed below, by placing said copy enclosed in a sealed envelope with postage
20

thereon fully prepaid, in the United States mailbox at San Francisco, California, addressed as
21

follows:
22

23

***Counsel for Plaintiff Andrew R. May:***
24

25 | Darren J. Robbins
Learch Coughlin Stoia Geller Rudman & Robbins, LLP
26 | 655 West Broadway, Suite 1900
San Diego, CA 92101
27 | Telephone: (619) 231-1058
Facsimile: (619) 231-7423
28

1

2  David Avi Rosenfeld
   Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
3  58 South Service Road
   Suite 200
4  Melville, NY 11747
   Telephone: (631) 367-7100
5  Facsimile: (631) 367-1173

6
   Marc S. Henzel
7  Law Offices of Marc S. Henzel
   273 Montgomery Ave.
8  Suite 202
   Bala Cynwyd, PA 19004
9  Telephone: (610) 660-8000
   Facsimile: (610) 660-8080
10

11 Mary K. Blasy
   Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
12 655 West Broadway, Suite 1900
   San Diego, CA 92101
13 Telephone: (619) 231-1058
   Facsimile: (619) 231-7423
14

15

16 Samuel Howard Rudman
   Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP
17 58 South Service Road
   Suite 200
18 Melville, NY 11747
   Telephone: (631) 367-7100
19 Facsimile: (631) 367-1173

20

21
   ***Counsel for Plaintiff Kevin Hennessy***
22

23 Evan J Smith
   Brodsky & Smith, L.L.C.
24 240 Mineola Blvd.
   Mineola, NY 11501
25 Telephone: (516) 741-4977
   Facsimile: (516) 741-0626
26

27 Richard A. Maniskas
   Schiffrin & Barroway L.L.P.
28 280 King of Prussia Road
   Radnor, PA 19087

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

1   Telephone: (610) 667-7706
    Facsimile: (610) 667-7056

2

3

4

5

6   Dated: August 8, 2007

7

    Arthur Keng

8   SCHUBERT & REED, LLP

    Three Embarcadero Center

9   Suite 1650

    San Francisco, CA 94111

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220